IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WANDA JUNE MANNING, individually, and as The Executrix and Personal Representative for the Estate of SCOTT DUANE MANNING, deceased, for the benefit of the surviving heirs at law of SCOTT DUANE MANNING, <br><br> Plaintiff, <br><br> v. <br><br> FLUOR CORPORATION and its subsidiaries FLUOR DANIEL SERVICES CORPORATION and FLUOR ENTERPRISES, INC., and ATLAS HOLDINGS, L.L.C. and its subsidiary ATLAS INDUSTRIAL MANUFACTURING CO., <br><br> Defendant. | Civil Action No. 3:05-cv-371 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come the Parties, through counsel, and announce this Stipulation of Dismissal with full prejudice of all claims of Plaintiff against Defendant Atlas Industrial Manufacturing Co. Each party will bear their own discretionary costs.

DATED this 31st day of March, 2006.

/s/Gregory P. Isaacs
Gregory P. Isaacs
Attorney for Plaintiff


/s/E. Jerome Melson
E. Jerome Melson (BPR #013340)
Attorneys for Defendant, Atlas Industrial
Manufacturing Co.